UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

2003 JUL 29  A 11: 39

CASE NO. 03-CV-10509-JLT

JOSEPH V. DICICCO,                    )
        Plaintiff                     )
                                      )
VS.                                   )
                                      )
FORD MOTOR COMPANY,                   )
        Defendant                     )

## JOINT STATEMENT AND PROPOSED PRE-TRIAL SCHEDULE

The parties submit this Joint Statement and Proposed Pre-trial Schedule pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1, and state as follows:

Statement of case:

The plaintiff, Joseph V. Dicicco, is the owner of a 1995 Ford Crown Victoria. The plaintiff alleges he was injured on or about May 29, 2000, when his car fell off its jack. Plaintiff further alleges the jack, jacking instructions and warnings were defective. The defendant, Ford Motor Company, denies the plaintiff's allegations.

Proposed Joint Pre-Trial Schedule:

A.    The parties will exchange initial disclosures by September 1, 2003.

B.    Discovery to be completed by August 5, 2004.

C.    Plaintiff's Expert Interrogatory Answers to be completed by September 5, 2004.

D.    Defendant's Expert Interrogatory Answers to be completed by October 5, 2004.

E.    Expert depositions to completed by November 5, 2004.

F.    Summary Judgment Motions to be served and filed on or before December 5, 2004.

G.    Any Opposition to a Motion for Summary Judgment shall be served and filed no later than 45 days after the date of service or by January 19, 2005.

H.    Trial by August 5, 2005.

## Certifications

The plaintiff's Local Rule 16.1 Certification is attached hereto as Exhibit A. The defendant's Local Rule 16.1 Certification will be forwarded to the Court under separate cover.

Respectfully submitted,

PLAINTIFF, JOSEPH V. DICICCO

By his Attorney,

Thomas F. Reis
LAW OFFICES OF ROBERT E. WEINER
One Longfellow Place, Suite 3409
Boston, MA  02114
TEL#:  (617) 227-8383
BBO#:  634139

DEFENDANT, FORD MOTOR COMPANY

By its Attorney,

Amy Cashore Mariani, Esquire
Fitzhugh, Parker & Alvaro, LLP
155 Federal Street, Suite 1700
Boston, MA  02110-1727
TEL#:  (617) 695-2330
BBO#:  630160

DATED:__7/29/03_____

SO ORDERED:


_____
The Honorable Joseph L. Tauro
District Court
United States District Court

2

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CASE NO. 03-CV-10509-JLT

JOSEPH V. DICICCO,        )
        Plaintiff         )
                          )
VS.                       )
                          )
FORD MOTOR COMPANY,       )
        Defendant         )

### CERTIFICATE OF PLAINTIFF, JOSEPH V. DICICCO, PURSUANT TO LOCAL RULE 16.1

The undersigned hereby certifies that he has conferred:

a.   With a view to establishing a budget for the costs of conducting the full course - and various alternative course - of the litigation; and

b.   To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4

PLAINTIFF, JOSEPH V. DICICCO

By his Attorney,

Thomas F. Reis
LAW OFFICES OF ROBERT E. WEINER
One Longfellow Place, Suite 3409
Boston, MA  02114
TEL#:  (617) 227-8383
BBO#:  634139

## CERTIFICATE OF SERVICE

I, Thomas F. Reis, attorney for the Plaintiff, Joseph V. Dicicco, do hereby certify that a copy of the foregoing:

1.    Joint Statement and Proposed Pre-Trial Schedule; and

2.    Certificate of Plaintiff, Joseph V. Dicicco, Pursuant to Local Rule 16.1,

were served by mail on this date upon the following attorney of record:

> Amy Cashore Mariani, Esquire
> Fitzhugh, Parker & Alvaro, LLP
> 155 Federal Street, Suite 1700
> Boston, MA  02110-1727

Dated: 7/29/03

Thomas F. Reis, Esquire