# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH DICICCO,<br>    Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY,<br>    Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 03-10509-JLT<br>)<br>)<br>)<br>) |

## DEFENDANT'S CERTIFICATION OF CONFERENCE
### PURSUANT TO LOCAL RULE 16.1(d)(3)

Defendant Ford Motor Company ("Ford") and its counsel, Fitzhugh, Parker &

Alvaro, LLP hereby certify that they have conferred regarding establishing a budget for

the defense of this matter, and regarding the use of alternative dispute resolution in

accordance with Local Rule 16.1(d)(3) of the United States District Court for the District

of Massachusetts.

FORD MOTOR COMPANY,

By: _____
    Kiana Woods
    Attorney

FITZHUGH, PARKER & ALVARO, LLP,

_____
    Michael A. Fitzhugh

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing document upon Thomas F.
Reis this __5__ day of August, 2003.